356

[Civ. No. 10481.   First Appellate District, Division One.—February 26, 1937.]

RUTH B. HAMMERSLEY, Petitioner, v. THE SUPERIOR COURT OF SAN MATEO COUNTY, Respondent.

Simeon E. Sheffey for Petitioner.

THE COURT.—Petition for prohibition. ▮ The lower court has jurisdiction to determine the question involved. Prohibition therefore will not lie.   (*Bullard* v. *Bullard,* 189 Cal. 502, 506 [209 Pac. 361]; *Kelsey* v. *Miller,* 203 Cal. 61, 88 [263 Pac. 200].)

Writ denied.